Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.     Criminal No.     21-634     (JEB)

ANDRE WILLIAM MARSHALL     Category     B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  6/16/2022  from  Judge Randolph D. Moss  to  Judge James Boasberg  by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Randolph D. Moss     & Courtroom Deputy
     Judge James Boasberg       & Courtroom Deputy
     U.S. Attorney's Office – Judiciary Square Building, Room 5133
     Statistical Clerk