UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ANDRE MARSHALL,** <br><br>       **Defendant.** | **Crim. No.  21CR634-JEB** |

**MR. MARSHALL'S SUPPLEMENT TO NOTICE OF INTENT TO CROSS-EXAMINE**

Andre Marshall, through counsel, hereby supplements his notice of intent to cross-examine law enforcement on pending investigations and sustained findings incurred through the Metropolitan Police Department (MPD) Personal Performance Management System (PPMS), ECF. No. 46.  In addition to the pending investigations and sustained findings against Officer Kelly described in the Notice, ECF. No. 46, counsel hereby notify the Court and the government that defense counsel intend to cross-examine Officer Savage on one pending investigation into Officer Savage's use of force when he was on patrol with Officer Kelly. Specifically, both Officers Kelly and Savage are alleged to have caused the complainant injury during a "takedown" similar to the takedown of Mr. Marshall.[1] For the reasons stated in ECF. No. 46,

---

[1] At the Motions Hearing, the Court acknowledged the relevance of a pending investigation: "If there issues regarding say excessive force that have nothing to do with what happened here, then you probably can't [cross-examine], *unless there's an ongoing investigation and there's an issue of bias or currying favor with the government* because of an ongoing investigation." Mot. Hrg. Tr. at 85 (emphasis added).

counsel move the Court to permit cross-examination into the pending investigation against Officer Savage.

                      Respectfully Submitted,

                      A.J. KRAMER
                      FEDERAL PUBLIC DFENDER

                      _____/s/_____
                      Elizabeth Mullin
                      Ubong Akpan
                      Attorneys to Andre Marshall
                      Assistant Federal Public Defender
                      Office of the Federal Public Defender
                       for the District of Columbia
                      625 Indiana Avenue, N.W.
                      Washington, D.C. 20004