UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ANDRE MARSHALL,

Defendant.

Criminal Action No. 21-634 (JEB)

## VERDICT FORM

How do you find the Defendant on the charge of Possession of a Firearm and Ammunition by a Person Previously Convicted of a Crime for which the Penalty was Greater than One Year?

_____ Guilty                    _____ Not Guilty